IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY D'AMATO, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-203-JJF |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | : |
| Defendant. | : |

**O R D E R**

At Wilmington, this 12th day of March 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Cross-Motion For Summary Judgment (D.I. 36) is **GRANTED**.

2. Plaintiff's Motion For Summary Judgment is **DENIED**.

3. The final decision of the Commissioner dated November 21, 2003 is **AFFIRMED**.

4. The Clerk is directed to enter judgment against Plaintiff and in favor of Defendant.

UNITED STATES DISTRICT JUDGE