IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY D'AMATO, | : |
|       Plaintiff, | : |
| v. | : Civil Action No. 06-203-JJF |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | : |
|       Defendant. | : |

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion and Order dated March 12, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Michael J. Astrue and against Plaintiff Amy D'Amato.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

Dated: March 12, 2008

                                                          _____
                                                          (By) Deputy Clerk